**DYKEMA GOSSETT LLP**
Ashley R. Fickel (SBN 237111)
afickel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:(213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Defendants
NATIONSTAR MORTGAGE, LLC; AURORA LOAN SERVICES, LLC; AURORA COMMERICAL CORP.; and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORI CIOCIOLO, an individual, | Case No. 3:13-cv-03929-MEJ |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| BARCLAYS BANK, PLC, a subsidiary of BARCLAYS PLC, as successor in interest to LEHMAN BROTHERS BANK, FSB, a national banking institution; AURORA LOAN SERVICES LLC, a business entity; NATIONSTAR MORTGAGE LLC, a business entity; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTSMS INC., a business entity; and DOES 1 through 10 inclusive, | |
| Defendant. | |

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

Plaintiff Dori Ciociolo ("Plaintiff") and Defendants NATIONSTAR MORTGAGE, LLC; AURORA LOAN SERVICES, LLC; AURORA COMMERICAL CORP.; and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. (collectively "Defendants") stipulate through their respective counsel as follows:

WHEREAS, Defendants removed this case to this Court on August 23, 2013.

WHEREAS, the parties have met and conferred with regard to the merits of the Complaint and are negotiating in good faith to attempt to eliminate some or all of the claims asserted against Defendants and/or narrow the scope of the matters subject to dispute;

WHEREAS, Defendants' Response to the Complaint is currently due on November 14, 2013;

WHEREAS, the parties agree that a further extension of Defendants' time to respond to the Complaint would advance considerations of judicial economy and fairness based on the parties' agreement to engage in discussions that may lead to possible settlement or a narrowing of the issues alleged by Plaintiff;

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, as follows:

1.  Defendants' Response to the Complaint shall be due on or before the scheduled Case Management Conference on November 21, 2013.

**IT IS SO STIPULATED.**

Dated:  November 14, 2013          REAL ESTATE LAW CENTER

                                   By:/s/*Erikson M. Davis*
                                      Erikson M. Davis
                                      Attorneys for Plaintiff
                                      Dori Ciociolo

2
JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

Dated:  November 14, 2013                         DYKEMA GOSSETT LLP

By: /s/*Ashley R. Fickel*
    Ashley R. Fickel
    Attorneys for Defendants
    NATIONSTAR MORTGAGE, LLC;
    AURORA LOAN SERVICES, LLC;
    AURORA COMMERICAL CORP.;
    and MORTGAGE ELECTRONIC
    REGISTRATIONS SYSTEMS, INC.