**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DORI CIOCIOLO, an individual,

Plaintiff,

vs.

BARCLAYS BANK, PLC, a subsidiary of BARCLAYS PLC, as successor in interest to LEHMAN BROTHERS BANK, FSB, a national banking institution; AURORA LOAN SERVICES LLC, a business entity; NATIONSTAR MORTGAGE LLC, a business entity; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTSMS INC., a business entity; and DOES 1 through 10 inclusive,

Defendant.

Case No. 3:13-cv-03929-MEJ

**ORDER RE JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Pursuant to the joint stipulation of Plaintiff Dori Ciociolo ("Plaintiff") and Defendants NATIONSTAR MORTGAGE, LLC; AURORA LOAN SERVICES, LLC; AURORA COMMERICAL CORP.; and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. (collectively "Defendants"), the Court order as follows:

Defendants' Response to the Complaint shall be due on or before November 21, 2013.

**IT IS SO ORDERED.**

Dated: November 14, 2013 By: ____________________

HON. MA... MES,
JUDGE O... STATES
DISTRICT...

UNITED STATES DISTRICT COURT
GRANTED
Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA

PAS01\722726.2
084912\0168