1  Erikson M. Davis (SBN 197841)
2  Tala Rezai (SBN 271949)
   REAL ESTATE LAW CENTER, PC
3  695 South Vermont Avenue, Suite 1100
4  Los Angeles, California 90005
   (213) 201-6353 Phone
5  (213) 281-9627 Facsimile
6  tala@lenderlawlitigation.com

7
   ATTORNEYS FOR PLAINTIFF
8  DORI CIOCIOLO

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA –**
11                     **SAN FRANCISCO COURTHOUSE**
12

13  DORI CIOCIOLO, an individual,        )  **Case No:  3:13-cv-03929-MEJ**
14                                        )
                    Plaintiff,            )  **NOTICE OF DISMISSAL**
15       v.                               )  **WITHOUT PREJUDICE**
                                          )  **PURSUANT TO FEDERAL RULES**
16  BARCLAYS BANK, PLC, a subsidiary )  **OF CIVIL PROCEDURE 41(a)**
17  of BARCLAYS PLC, as successor in     )
18  interest to LEHMAN BROTHERS          )
    BANK, FSB, a national banking        )  Hon.:  Maria-Elena James
19  institution; AURORA LAON             )  Courtroom B – 15th Floor
20  SERVICES LLC, a business entity;     )
    NATIONSTAR MORTGAGE LLC, a           )
21  business entity; OLD REPUBLIC        )
22  DEFAULT MANAGEMENT                   )
23  SERVICES, a business entity;         )
    MORTGAGE ELECTRONIC                  )
24  REGISTRATION SYSTEMS, INC., a        )
25  business entity; and DOES 1 through 10)
26  inclusive,                           )
                                          )
27                  Defendants.           )
28  _____)

                              1
                    CERTIFICATE OF SERVICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dori Ciociolo, by and through her attorneys, hereby voluntarily dismiss the above-entitled matter, without prejudice, against all Defendants, each party to bear its own fees and costs.

Respectfully submitted,

Dated:   April 17, 2014                    REAL ESTATE LAW CENTER, PC


                                           __/s/  Erikson M. Davis_____
                                           ERIKSON M. DAVIS
                                             Attorney for Plaintiff DORI CIOCIOLO