Erikson M. Davis (SBN 197841)
Tala Rezai (SBN 271949)
REAL ESTATE LAW CENTER, PC
695 South Vermont Avenue, Suite 1100
Los Angeles, California 90005
(213) 201-6353 Phone
(213) 281-9627 Facsimile
tala@lenderlawlitigation.com

ATTORNEYS FOR PLAINTIFF
DORI CIOCIOLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DORI CIOCIOLO, an individual, | ) Case No: 3:13-cv-03929-MEJ |
| Plaintiff, | ) **CERTIFICATE OF SERVICE OF** |
| v. | ) **NOTICE OF DISMISSAL** |
| | ) **WITHOUT PREJUDICE** |
| BARCLAYS BANK, PLC, a subsidiary of BARCLAYS PLC, as successor in interest to LEHMAN BROTHERS BANK, FSB, a national banking institution; AURORA LAON SERVICES LLC, a business entity; NATIONSTAR MORTGAGE LLC, a business entity; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity; and DOES 1 through 10 inclusive, | ) Hon.: Maria-Elena James<br>) Courtroom B – 15th Floor |
| Defendants. | |

1

CERTIFICATE OF SERVICE

I, Ralph A. White, declare as follows:

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 695 South Vermont Avenue, Suite 1100, Los Angeles, California, 90005.

On April 21, 2014, I served the foregoing documents described as:

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

The above listed documents was served on the interested parties in this action as follows:

**Courtesy Copy via Messenger Delivery:**

United States District Court, Northern District of California
Phillip Burton Federal Building & United States Courthouse
Attn: Court Clerk
Hon. Maria-Elena James Chambers
450 Golden Gate Avenue, Courtroom B-15th Floor
San Francisco, California 94102

**Via ECF, Facsimile and U.S. Mail:**

Attorneys for Defendants NATIONSTAR MORTGAGE, LLC; AURORA LOAN SERVICES, LLC; AURORA COMMERCIAL CORP., and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.:

Ashley R. Fickel, Esq.          afickel@dykema.com
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
(213) 457-1800 Phone
(213) 457-1850 Facsimile

2
CERTIFICATE OF SERVICE

Via ECF, Facsimile and U.S. Mail:

Attorneys for Defendant OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a division of Old Republic National Title Company:

Kristin L. Walker-Probst, Esq.     klw@severson.com
Davd M. Liu, Esq.                  dml@severson.com
SEVERSON & WERSON
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110 Phone
(949) 442-7118 Facsimile

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on April 21, 2014, at Los Angeles, California

            _____
            Ralph A. White