1 | Erikson M. Davis (SBN 197841)
2 | Tala Rezai (SBN 271949)
3 | REAL ESTATE LAW CENTER, PC
4 | 695 South Vermont Avenue, Suite 1100
5 | Los Angeles, California 90005
6 | (213) 201-6353 Phone
  | (213) 281-9627 Facsimile
  | tala@lenderlawlitigation.com

**GRANTED**
*Judge Maria-Elena James*
Dated: 4/21/2014

ATTORNEYS FOR PLAINTIFF
DORI CIOCIOLO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DORI CIOCIOLO, an individual, | Case No: 3:13-cv-03929-MEJ |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | **WITHOUT PREJUDICE** |
| | **PURSUANT TO FEDERAL RULES** |
| BARCLAYS BANK, PLC, a subsidiary of BARCLAYS PLC, as successor in interest to LEHMAN BROTHERS BANK, FSB, a national banking institution; AURORA LAON SERVICES LLC, a business entity; NATIONSTAR MORTGAGE LLC, a business entity; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity; and DOES 1 through 10 inclusive, | **OF CIVIL PROCEDURE 41(a)** |
| | Hon.: Maria-Elena James |
| | Courtroom B – 15th Floor |
| Defendants. | |

1
CERTIFICATE OF SERVICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dori Ciociolo, by and through her attorneys, hereby voluntarily dismiss the above-entitled matter, without prejudice, against all Defendants, each party to bear its own fees and costs.

Respectfully submitted,

Dated:   April 17, 2014                REAL ESTATE LAW CENTER, PC


                                       __/s/  Erikson M. Davis_____
                                       ERIKSON M. DAVIS
                                        Attorney for Plaintiff DORI CIOCIOLO